IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03046-CMA-MEH

ARK CONSTRUCTION SERVICES, INC., and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiffs,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2012**.

    Plaintiffs' Unopposed Motion to Vacate Early Neutral Evaluation [filed April 11, 2012; docket #10], construed as a request to vacate the upcoming settlement conference, is **granted**. The Settlement Conference currently scheduled for April 24, 2012 is **vacated**. The parties are invited to contact this Court at any time during the litigation by first teleconferencing together, then calling my Chambers at (303) 844-4507 if they wish to reschedule the conference.